# EXHIBIT 2

**ADOPTION AGREEMENT TO STEVENS & LEE**
**NON-STANDARDIZED, NON-MASS SUBMITTER EMPLOYEE STOCK OWNERSHIP PLAN**

The undersigned adopting employer hereby adopts this Plan. The Plan is intended to qualify as a tax-exempt plan under Code Section 401(a). The ESOP Accounts of the Plan and the applicable portion of the Trust are also intended to qualify as a tax-exempt employee stock ownership plan and trust under Code section 4975(e)(7). The Plan shall consist of this Adoption Agreement, its related Basic Plan Document and any related Appendix and Addendum to the Adoption Agreement. Unless otherwise indicated, all Section references are to Sections in the Basic Plan Document.

## COMPANY INFORMATION

**1.** Name of adopting employer (Plan Sponsor): Asbury Carbons, Inc. & Subs
**2.** Address: 103 Foulk Road, Suite 202
**3.** City: Wilmington **4.** State: Delaware **5.** Zip: 19803
**6.** Phone number: 302-652-0266 **7.** Fax number: ______
**8.** Plan Sponsor EIN: 22-0744000
**9.** Plan Sponsor fiscal year end: June 30
**10a.** Plan Sponsor entity type:
**i.** ☒ C Corporation
**ii.** ☐ S Corporation
**11.** State of organization of Plan Sponsor: Delaware
**12a.** The Plan Sponsor is a member of an affiliated service group:
☐ Yes ☒ No
**12b.** If **12a** is "Yes", list all members of the group (other than the Plan Sponsor): ______
**13a.** The Plan Sponsor is a member of a controlled group:
☒ Yes ☐ No
**13b.** If **13a** is "Yes", list all members of the group (other than the Plan Sponsor): Asbury Graphite Mills, Inc., Anthracite Industries, Inc., Cummings-Moore Graphite Co., Asbury Louisiana, Inc., Asbury Graphite Inc. of California, and Asbury Graphite Inc. of North Carolina, Inc.

## PLAN INFORMATION

**A.** **GENERAL INFORMATION.**

**1.** **Plan Number:** 004
**2.** **Plan name:** a. Asbury Carbons, Inc. Employee Stock Ownership Plan
b. ______
**3.** **Effective Date:**
**3a.** Original effective date of Plan: July 1, 1984
**3b.** Is this a restatement of a previously-adopted plan?
☒ Yes ☐ No
**3c.** If **A.3b** is "Yes", effective date of Plan restatement: 7/1/2021
**NOTE:** The date specified in **A.3a** for a new plan, or the date specified in **A.3c** for an amended and restated plan, may not be earlier than the first day of the Plan Year during which the Plan is adopted by the Plan Sponsor.
**4a.** **Plan Year** means each 12-consecutive month period ending on June 30 (e.g. December 31).
**4b.** The Plan has a short Plan Year:
☐ Yes ☒ No
**4c.** If **A.4b** is "Yes," the short Plan Year begins ______ and ends ______.
**5.** **Limitation Year** means:
**i.** ☒ Plan Year
**ii.** ☐ Calendar year
**6a.** The Plan is frozen as to eligibility and benefits
☐ Yes ☒ No

**6b.** If **A.6a** is "Yes", enter the date the Plan was frozen ______________________________
**NOTE:** If **A.6a** is "Yes," no Eligible Employee shall become a Participant, no Participant shall be eligible to further participate in the Plan and no contributions shall accrue as of the date specified in **A.6b.**

**6c.** ☐ The Plan received a transfer of assets from the ____________________ (name of Plan) which was originally effective ____________________ (original date).
**NOTE**: Distribution rules from original plan may apply to transferred assets. (Section 7.10)

**Plan Features**

**7a.** **ESOP Accounts.** The Company Stock Account and the Company Other Contribution Account (Non-Elective Contribution Account) shall constitute the ESOP Accounts of the Plan (Section 2.1).

**7b.** **Service**.
☒ hours ☐ elapsed time ☐ combination

**7c.** If elapsed time
**i.** ☐ all purposes
**ii.** ☐ eligibility
**iii.** ☐ vesting
**iv.** ☐ contributions

**7.d.** Select hours equivalency for determining Hours of Service:
**i.** ☒ None ☐ All

An Employee shall be credited with the following service with the Employer:
**ii.** ☐ 10 Hours of Service for each day or partial day
**iii.** ☐ 45 Hours of Service for each week or partial week
**iv.** ☐ 95 Hours of Service for each semi-monthly payroll period or partial semi-monthly payroll period
**v.** ☐ 190 Hours of Service for each month or partial month

**Compensation**

**8.** Definition of Compensation:
**i.** ☒ **W-2. RECOMMENDED**
**ii.** ☐ **Code § 3401(a)**.
**iii.** ☐ **415 Safe Harbor**.

**8b.** If **A.8a.iii** (415 Safe Harbor) is selected, exclude amounts received during the year by an employee pursuant to a nonqualified unfunded deferred compensation plan to the extent includible in gross income:
☐ Yes ☐ No

**9a.** Exclude Post Severance Compensation in definition of Compensation for allocation purposes:
☐ Yes ☒ No

**9b.** If **A.9a** is "Yes," effective date of exclusion of Post Severance Compensation shall be limitation years beginning on or after: ____________________

**9c.** Include in Compensation payments made to an individual on account of qualified military service:
☒ Yes ☐ No

**9d.** Include in Compensation payments made to a Participant who is permanently and totally disabled:
☐ Yes ☒ No **NOT RECOMMENDED**

**9e.** Include deemed Code section 125 compensation in definition of Compensation:
☐ Yes ☒ No
**NOTE:** The elections specified in **A.8b** and **A.9a** – **A.9g** will also apply for purposes of Testing Compensation.

**Compensation Exclusions**

**10a.** Exclude pay earned before participation in Plan from definition of Compensation:
☒ Yes ☐ No

Unless "No" is checked, Compensation shall include only that compensation which is actually paid to the Participant by the Company during that part of the Plan Year the Participant is eligible to participate in the Plan. Otherwise, Compensation shall include that compensation which is actually paid to the Participant by the Company during the Plan Year.

**10b.** Exclude certain fringe benefits from definition of Compensation:

☒ Yes ☐ No

If "Yes" is checked, Compensation shall exclude all of the following items (even if includable in gross income): reimbursements or other expense allowances, fringe benefits (cash and noncash), moving expenses, deferred compensation, and welfare benefits.

**11a.** Exclude other pay from definition of Compensation for the following Participants:

**i.** ☐ None
**ii.** ☐ Highly Compensated Employees only
**iii.** ☒ All Participants

**11b.** If **A.11a.ii** or **iii** is selected, describe other pay excluded from definition of Compensation: _____________

**NOTE:** The pay specified above must be objectively determinable and may not be specified in a manner that is subject to Company discretion.

**Testing Compensation**

**12.** Definition of Compensation for testing purposes:

**i.** ☒ **W-2.**
**ii.** ☐ **Code § 3401(a).**
**iii.** ☐ **415 Safe Harbor.**

**Highly Compensated Employee**

**13.** Use top-paid group election in determining Highly Compensated Employees:

☐ Yes ☒ No

**14.** Use calendar year beginning with or within the preceding Plan Year in determining Highly Compensated Employees:

☐ Yes ☒ No

**Other Definitions**

**15.** Definition of Disability:

**i.** ☒ The determination by the Social Security Administration that the Participant is eligible to receive disability benefits under the Social Security Act. **RECOMMENDED**
**ii.** ☐ The Participant is unable to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment that can be expected to result in death or which has lasted or can be expected to last for a continuous period of not less than 12 months. The permanence and degree of such impairment shall be supported by medical evidence.
**iii.** ☐ The Participant is eligible to receive benefits under a Company-sponsored disability plan.

**16.** Early Retirement Date means the:

**a.** ☒ No Early Retirement provision provided.
**b.** ☐ date on which a Participant . . .
  **1.** ☐ attains age
  **2.** ☐ attains age ___ and completes at least ___ Years of Service (or Periods of Service) for vesting purposes.

**17.** Name of state or commonwealth for choice of law (Section 16.3): New Jersey

**B. <u>ELIGIBILITY.</u>**

**Exclusions**

The term "Eligible Employee" shall not include (Check items **B.1 – B.4a** as appropriate):

**1.** ☒ **Union**. Any Employee who is included in a unit of Employees covered by a collective bargaining agreement, if retirement benefits were the subject of good faith bargaining, and if the collective bargaining agreement does not provide for participation in this Plan.

**2.** ☒ Any **Leased Employee** (as defined in Article Two of Basic Plan Document).

**3.** ☒ **Non-Resident Alien**. Any Employee who is a non-resident alien who received no earned income (within the meaning of Code section 911(d)(2)) which constitutes income from services performed within the United States (within the meaning of Code section 861(a)(3)).

**4a.** ☐ **Other**. Other Employees described in **B.4b**.

**4b.** If **B.4a** is selected, describe other excluded Employees from definition of Eligible Employee: ___________

____________________________________________________________

**NOTE:** Any classification specified in **B.4b** must be an objectively defined classification of Employees not based on age or service. Further, the group cannot be designed in such a manner to where the only nonhighly compensated employees (NHCEs) participating are those NHCEs with the lowest amounts of compensation and/or the shortest period of service and who represent the minimum number of these employees necessary to satisfy coverage under code section 410(b).

**5.** **Opt-Out.** An Employee may irrevocably elect not to participate in the Plan:
☒ Yes ☐ No

**Other Employer Service**

**6a.** Count a maximum of five years' service with other non-affiliated employers for eligibility purposes:
☐ Yes ☒ No

**6b.** If **B.6a** is "Yes," list other employers: ____________________________________________

**Break in Service**

**7a.** **Rule of parity**. If an Employee does not have any nonforfeitable right to the Account balance derived from Employer contributions, exclude eligibility service before a period of five (5) consecutive One-Year Breaks in Service/Periods of Severance.
☒ Yes ☐ No

**7b.** **One-year holdout.** If an Employee has a One-Year Break in Service/Period of Severance, exclude eligibility service before such period until the Employee has completed a Year of Eligibility Service after returning to employment with the Employer.
☐ Yes ☒ No

**Immediate Participation**

**8a.** If the Plan is a new plan, allow immediate participation to all Eligible Employees employed on the date specified in **B.8b**:
☐ Yes ☐ No

**8b.** If **B.8a** is "Yes," all Eligible Employees employed on ____________________________ shall become eligible to participate in the Plan as of such date.

**Eligibility Service Computation Rules**

**NOTE:** The responses to **B.9** are used only to the extent that the Plan determines eligibility service by the hour of service method.

**9a.** Eligibility Computation Period switch to Plan Year:
☒ Yes ☐ No ☐ N/A

**9b.** ESOP Contributions – An Eligible Employee shall be eligible to receive an allocation of ESOP Contributions at the time specified in **B.12** upon meeting the requirements of **B.10** and **B.11** (Section 3.4):

**10.** Minimum age requirement for Non-Elective Contributions: 21 (21 maximum – leave blank or enter "0" if none)

**11a.** Minimum service requirement for Non-Elective Contributions (Cannot exceed 1 year).

- **i.** ☐ None
- **ii.** ☒ Completion of One Year ______________ of Eligibility Service (See **B.11c** for hours of service required for a year of service if the Plan does not use the Elapsed Time method in **B.11b**)
- **iii.** ☐ Completion of ___ Hours of Service (not more than 1,000) in a ___ month period (Not to exceed 12.)
- **iv.** ☐ Completion of ___ Hours of Service (not to exceed 1,000) within a twelve month period.
- **v.** ☐ Completion of ___ months of Service (not to exceed 12 months-elapsed time only.)

**NOTE**: If **B.11a.iii – B.11a.iv** is selected and the Plan uses the Hours of Service method, the service requirement under **B.11a** shall be deemed met no later than the end of an Eligibility Computation Period during which the Eligible Employee completes 1,000 Hours of Service; provided, that the individual is an Eligible Employee on the applicable entry date. Service taken into account for purposes of **B.11a** shall be determined under the terms and conditions as is specified in determining a Year of Eligibility Service.

**NOTE**: If **B.11a.iv** is selected, the service requirement under **B.11a** shall be deemed met at the time the specified number of Hours of Service are completed.

**NOTE**: If more than one option is selected in options **B.11a.ii – B.11a.v**, the service requirement under **B.11a** shall be deemed met upon completion of the earliest of the selected options.

**11b.** Eligibility service computation method for Non-Elective Contributions. (Unless **B.11b.ii** (Elapsed Time) is selected, the Plan will use the Hours of Service method for determining eligibility service for Non-Elective Contributions):

- **i.** ☒ Hours of Service
- **ii.** ☐ Elapsed Time

**11c.** If **B.11a.ii** is selected and if **B.11b** is "Hours of Service", enter the number of Hours of Service necessary for Year of Eligibility Service for purposes of Non-Elective Contributions 1,000________ (Not more than 1,000. If left blank, the Plan will use 1,000 Hours of Service).

**12a.** Frequency of entry dates for Non-Elective Contributions:

- **i.** ☐ An Eligible Employee shall become a Participant eligible to receive an allocation of Non-Elective Contributions immediately upon meeting the requirements of **B.10** through **B.11**.
- **ii.** ☐ first day of each calendar month
- **iii.** ☐ first day of each plan quarter
- **iv.** ☒ first day of the first month and seventh month of the Plan Year
- **v.** ☐ first day of the Plan Year
- **vi.** ☐ the dates specified in **B.12c**.

**12b.** If **B.12a.i** and **B12a.vi** (immediate entry/dates specified in **B.12c**) are not selected, an Eligible Employee shall become a Participant eligible to receive an allocation of Non-Elective Contributions on the entry date selected in **B.12a** that is:

- **i.** ☒ coincident with or next following
- **ii.** ☐ next following
- **iii.** ☐ coincident with or immediately preceding
- **iv.** ☐ immediately preceding
- **v.** ☐ nearest to

the date the requirements of **B.10** through **B.11** are met.

**12c.** If **B.12a.vi** (dates specified in **B.12c**) is selected, describe the other entry dates:
Note: Entry date cannot be later than the earlier of (i) the first day of the Plan Year that occurs after the date he or she satisfies the 1 year service requirement (and age) or (ii) the date that occurs six months after the date he or she satisfies the 1 year service requirement (or applicable age requirement).

## C. CONTRIBUTIONS

**ESOP Service**

**NOTE:** An Eligible Employee who has met the requirements of **B.10** through **B.12** and who has satisfied the following requirements shall be eligible to receive an allocation of ESOP Contributions during the applicable Plan Year.

**1a.** Require service for a Participant to receive an allocation of Non-Elective Contributions?
☒ Yes ☐ No

**1b.** If **C.1**a is "Yes," Hours of Service required in the applicable Plan Year for a Participant to receive an allocation of Non-Elective Contributions: 1,000 (Not more than 1,000. If left blank, the Plan will use 1,000 Hours of Service.)

**2.** Require employment by the Company on last day of Plan Year for a Participant to receive an allocation of ESOP Contributions?
☒ Yes ☐ No

**3a.** Waive service requirement under **C.1** and last day requirement under **C.2** for a Participant who Terminates employment with the Employer during the Plan Year due to:
**i.** ☒ death.
**ii.** ☒ Disability.
**iii.** ☒ attainment of Normal Retirement Age.
**iv.** ☐ early retirement.

**3b.** Any Hour of Service requirement and last day requirement shall be modified under the occurrence of the events described in **C.3a** as follows:
**i.** ☒ Waive both the Hour of Service requirement and last day requirement in **C.1/C.2.**
**ii.** ☐ Waive the Hour of Service requirement in **C.1/C.2** only
**iii.** ☐ Waive last day requirement in **C.1/C.2** only

**4.** Method to fix non-elective contribution code section 410(b) coverage failures:
**i.** ☐ Do not automatically fix
**ii.** ☐ Add just enough Participants to meet the coverage requirements
**iii.** ☐ Add all non-excludable Participants
**iv.** ☒ As provided in EPCRS (Section 2.32).

**ESOP Allocation Formula**

**5a.** ESOP non-elective allocation formula. The Company's non-elective contribution shall be allocated to eligible Participants who have met the requirements of **B.10** through **B.12** and **C.1** through **C.3** on the ratio that each Participant's Compensation bears to the Compensation of all eligible Participants.

**5b.** Other: compensation points ___; service points

**HEART Act**

**6a.** For benefit accrual purposes, a Participant that dies or becomes disabled while performing qualified military service will be treated as if he had been employed by the Company on the day preceding death or disability and terminated employment on the day of death or disability pursuant to Code section 414(u)(9) (Section 3.4)):
☐ Yes ☒ No

**6b.** If **C.6c** is "Yes," enter the effective date ___ (must be on or after January 1, 2007).

**Rollovers**

**7.** Rollover Contributions into Plan are not permitted (Section 2.58):

**415 Corrections**

**8.** Corrections to Code section 415 violations made to another plan (Section 5.9):
☐ Yes ☒ No

**9.** If **C.8** is "Yes," name of plan in which 415 corrections will be made: ______________________________

**D. VESTING**

**Vesting Service Computation Rules:**

**1.** Number of Hours of Service necessary for a Year of Vesting Service: 1,000 (Not more than 1,000. If left blank, the Plan will use 1,000 Hours of Service.)

**2.** Vesting Computation Period:
**i.** ☐ Calendar year
**ii.** ☒ Plan Year
**iii.** ☐ Twelve month periods beginning with the date the Participant first completes an Hour of Service and each anniversary thereof.

**Other Employer Service**

**5a.** Count a maximum of five years of service with other non-affiliated employers for vesting purposes
☐ Yes ☒ No

**5b.** If **D.5a** is "Yes," list other non-affiliated employers:

**Vesting Exceptions**

**6.** Provide for full vesting for a Participant who Terminates employment with the Employer due to death while an Employee (Section 6.1):
☒ Yes ☐ No

**7.** Provide for full vesting for a Participant who Terminates employment with the Employer due to Disability while an Employee (Section 6.1):
☒ Yes ☐ No
(Full vesting upon attainment of normal retirement age is required.)

**8.** Provide for full vesting for a Participant who terminates employment with Employee due to Early Retirement Age.
☐ Yes ☐ No ☒ N/A

**Vesting Exclusions**

**9a.** Exclude Years of Vesting Service earned before age 18:
☐ Yes ☒ No

**9b.i.** Exclude Years of Vesting Service earned before the Employer maintained this Plan or a predecessor plan:
☒ Yes ☐ No

**9b.ii** If D.9b.i is no: ☐ Count all Years of Service, or ☐ Other: ___ (If based on a date, the date cannot be later than the Effective Date of this Plan).

**9c.** One-year holdout. If an Employee has a One-Year Break in Service/Period of Severance, exclude Years of Vesting Service earned before such period until the Employee has completed a Year of Vesting Service after returning to employment with the Employer.
☐ Yes ☒ No

**9d.** Rule of parity. If an Employee does not have any nonforfeitable right to the Account balance derived from Employer contributions, exclude Years of Vesting Service earned before a period of five (5) consecutive One-Year Breaks in Service/Periods of Severance.
☒ Yes ☐ No

**Non-Elective Contribution Vesting Schedule**

**10a.** Non-Elective Contribution Account Vesting Schedule:
☐ 100% ☒ The Schedule as defined below
**10a.** Other Non-Elective Schedule – less than 1 year: 0%
**10b.** Other Non-Elective Schedule – 1 year but less than 2 years: 0%
**10c.** Other Non-Elective Schedule – 2 years but less than 3 years: 20% (must be at least 20% unless 100% vesting occurs after 3 years)
**10d.** Other Non-Elective Schedule – 3 years but less than 4 years: 40% (must be at least 40%)
**10e.** Other Non-Elective Schedule – 4 years but less than 5 years: 60% (must be at least 60%)
**10f.** Other Non-Elective Schedule – 5 years but less than 6 years: 80% (must be at least 80%)
**10g.** Other Non-Elective Schedule – 6 or more years: 100%.

**E. I. ESOP DISTRIBUTIONS – TIMING, DETERMINATION**

**Normal or Early Retirement**

**1a.** Normal Retirement Age means:
**i.** ☒ Attainment of the age specified in **E.1b**.
**ii.** ☐ Later of attainment of the age specified in **E.1b** and the anniversary of Plan participation specified in **E.1c**.
**1b.** Age component of Normal Retirement Age (not to exceed 65): 65
**1c.** If **E.1a.ii** is selected, anniversary of participation for Normal Retirement Age:
☐ fifth ☐ fourth ☐ third ☐ second ☐ first

**Death**

**3.** Distribution on account of the death of the Participant shall be made in accordance with Section 7.3 unless provided below.
☒ Pay by the end of the Plan Year following date of death

**Other**

**4. a.** Distribution of vested account balances on account of termination with employment for reasons other than death, disability or retirement shall begin during the year after the close of the
**i.** ☒ plan year in which the Participant terminates,
or
**ii.** ☐ first plan year ☐ second plan year ☐ third plan year ☐ fourth plan year ☐ fifth plan year following the plan year in which the Participant terminates.
**b.** **i. Exception** ☒ Vested Accounts with balance of up to $1,000 will be paid in the Plan Year following termination of employment in a lump sum payment.
**ii.** Apply the exception in Section E.I.4.b.i only to terminations for reasons other than retirement, death and disability:
☐ Yes ☒ No ☐ N/A
**5.** ☐ Allow for in-service distributions of Participant Accounts as described in Section 7.2

**E. II. PAYMENT FORM**

**1.** Distribution of vested account balances will be paid pursuant to Section 7.9 unless paid in substantially equal periodic payments that occur at least annually for:
☒ lump sum ☐ three years
☐ two years ☐ four years

**2.** Distributions from a Participant's ESOP Account that exceeds the limit under Code § 409(o) will be made over the period described in Section 7.9:
☐ Yes ☒ No

**3.** Apply the distribution rules of Section 7.2, 7.3, 7.4 and 7.9 and the diversification rules of Section 11.6 to Company Stock acquired by the Plan on or before December 31, 1986:
☒ Yes ☐ No ☐ N/A If no, such Company Stock will be treated as follows:

**4.** Provide for a right of first refusal for distributions payable in Company Stock (Section 7.16):
☒ Yes ☐ No

**Cash Out Involuntary – Accounts of $5,000 or less**

**5.** Should Vested Account balances less than a certain dollar threshold be automatically distributed without Participant consent (mandatory distributions) pursuant to Section 7.6?
**i.** ☐ No, Participant consent is required for all distributions.
**ii.** ☒ Yes, Participant consent is required only if the distribution is over:
1. ☐ $5,000
2. ☒ $1,000
3. ☐ $___ (less than $1,000)

**Automatic IRA rollover**. With respect to mandatory distributions of amounts that are $1,000 or less, if a Participant makes no election, the amount will be distributed as a lump-sum unless selected below.
4. ☐ If a Participant makes no election, then the amount will be automatically rolled over to an IRA provided the amount is at least $0 (zero) (e.g., $200).

**6.** **Rollovers in determination of $5,000 threshold. (Not applicable. No rollovers permitted.)**

**Required Beginning Date**

**7.** Involuntary cash-out of a terminated Participant's Account balance when it exceeds the cash-out amount specified in **[E.5]** is deferred under Section 7.5 until:
**i.** ☒ Later of age 62 or Normal Retirement Age – payment pursuant to Section 7.2.
**ii.** ☐ Required Beginning Date – payment is to be made pursuant to Section 7.2.

**8.** E. III. MEDIUM

**1.** **If the Plan is maintained by a C corporation:**
☒ A participant who is entitled to a distribution will receive the distribution in cash.
☐ A participant who is entitled to a distribution will receive the distribution in Employer Stock.

**2.** **If the Plan is maintained by an S corporation or by a corporation whose charter or bylaws restrict the ownership of substantially all outstanding employer securities to employees or to a 401(a) trust:**
☐ A participant who is entitled to a distribution will receive the distribution in cash.
☐ Mandatory Put: A participant who is entitled to a distribution will receive the distribution in Employer Stock and must sell such Employer Stock to the Employer.

3. Payment for Employer Stock that has been distributed as part of a total distribution and put to the Employer or Plan (other than a Mandatory Put as described in E.III.4) will be made in:
☒ a single sum payment, or
substantially equal periodic payments that occur at least annually for:
(Need Secured Note) **NOT RECOMMENDED**
☐ one year ☐ three years ☐ five years
☐ two years ☐ four years

**4.** **Payment for a Mandatory Put of a total distribution will be made in**
☒ a single payment, or

**substantially equal periodic payments that occur at least annually for**
(Need Secured Note) **NOT RECOMMENDED**
☐ one year ☐ two years ☐ three years ☐ four years ☐ five years

## F. PLAN OPERATIONS

### Reshuffling/Rebalancing

**1a.** Indicate the extent to which terminated Participant shall be subject to the reshuffling (segregation) provisions of Section 7.14:
**i.** ☐ Company Stock held in an ESOP Account shall be exchanged for assets other than Company Stock
**ii.** ☐ Transfer Company Stock held in an ESOP Account shall be transferred to other Participant Accounts
**iii.** ☒ None

**1b.** If **F.1a.iii** is not selected indicate: (i) when such exchange shall occur, (ii) the manner in which Company stock will be valued, and (iii) the method used to determine how many shares of Company Stock shall be exchanged and to which Participant Accounts the Company Stock shall be transferred in accordance with Section 7.13:

**1c.** ☐ Reshuffling shall not apply to those who retired, died or became disabled.

**1d.** Indicate whether Participant's Accounts will be rebalanced:
☐ Yes ☒ No

**1e.** If **1d** is yes, rebalancing will apply to ☐ all Accounts; ☐ Active Participants' Accounts.

**1f.** ☐ Distribute the accounts of participants segregated pursuant to Section F.1a. as soon as administratively possible.

### Participant Self Direction

The Plan does not provide for Participant investment self-direction of any Account.

### Valuation Date

**2a.** Enter Valuation Date for ESOP Accounts (Article 2 Definitions and Section 5.2):
**i.** ☒ Last day of Plan Year
**ii.** ☐ Other

**2b.** If **F.2a.ii** is selected, enter Valuation Date: ___ (Must be at least annually).

### Diversification

**3a.** Enter the method(s) used to diversify the shares:
**i.** ☒ Distributing such shares or an amount equal to the value of the shares;
**ii.** ☐ Investing an amount equal to the value of such shares in one or more of at least 3 investment options;
**iii.** ☐ Transferring an amount equal to the value of such shares to another qualified defined contribution plan that offers at least 3 investment options

**3b.** In determining years of service for a qualified participant, is 10 Years of Service/years of participation required?
☐ Yes, 10 Years of Service
☒ Yes, 10 years of participation
☐ No, but other fewer years ___.

**3c.** Does diversification period extend beyond 6 years?
☐ Yes ☒ No ;if yes, how many years ___.

**Plan Administration**

**4a.** Designation of Plan Administrator (Section 10.5):
**i.** ☐ Plan Sponsor
**ii.** ☐ Committee appointed by Plan Sponsor
**iii.** ☒ Other
**4b.** If **F.4a.iii** is selected, Name of Plan Administrator: Chief Financial Officer
**4c.** Establishment of procedures for the Plan Administrator (Article 10):
**i.** ☒ Plan Administrator adopts its own procedures.
**ii.** ☐ Board sets procedures for the Plan Administrator.
**5.** Type of indemnification for the Plan Administrator:
**i.** ☐ None – the Company will not indemnify the Plan Administrator.
**ii.** ☒ Standard according to Sections 10.10.

**Qualified Domestic Relations Orders**

**6.** Allow distribution of ESOP Accounts to an Alternate Payee prior to the date the Participant has a Termination of Employment or reaches his earliest retirement age (Section 13.2):
☐ Yes ☒ No

**Trust**

**7.** Trust Agreement is a separate document.

**Treatment of Dividends**

Section A: Treatment of Income on Employer Stock

**8a.** ☐ Income with respect to Employer Stock that is acquired with proceeds of an Exempt Loan and held in the Plan's suspense account is used, at the Plan Administrator's discretion, to repay that Exempt Loan. Any income remaining after that repayment will be allocated to the accounts of Participants and beneficiaries. (Section 5.5)
**8b.** ☐ Income on Employer Stock that is held in the Plan's suspense account is allocated to the accounts of Participants and beneficiaries. (Section 5.5)
Employers that are C corporations must elect either one of the options under Section A, or Section B. C corporation Employers that elect Section B must also elect among the options in Section B. Employers that are S corporations must elect one of the options in Section A.
**8c.** ☐ Income that is allocated to a Participant's or beneficiary's account will be distributed to that Participant or beneficiary.

Section B: Treatment of Dividends for Deductibility under Code § 404(k) by C corporations

**8d.** ☒ The Employer elects to apply Section 5.5 of the Plan regarding the treatment of dividends for a Code § 404(k) deduction. Employers who elect this option must elect one of the dividend treatment options below if they intend to claim a Code § 404(k) deduction.
**8e.** To the extent that dividends on allocated shares are not used to replay an Exempt Loan, such dividends will be treated under:
**i.** ☐ Option 1: Direct Cash Payment (Section ___ of the Plan).
**ii.** ☒ Option 2: Cash Payment to Plan Followed by Distribution (Section 5.5).
**iii.** ☐ Option 3: Participant Election between cash and reinvestment (Section 5.5).
If a participant elects to receive dividends in cash (instead of reinvestment), those dividends will be –
(a) ☐ paid in cash to the Participant or

(b) ☐ paid to the Plan and distributed in cash to the Participant.

Default: If a Participant fails to make an election, dividends with respect to Applicable Employer Stock allocated to a Participant's account will be –

☐ (1) paid in accordance with whichever cash option, (a) or (b), was selected above, or

☐ (2) reinvested in Employer Stock.

**9a.** Synthetic Equity – the shares of Category 3 Synthetic Equity will be calculated:

☒ Determination Date: The valuation date following the effective date of an S corporation election by the Company

☒ Will be fixed for the 3-year period beginning with the Determination Date listed above on which the number of shares was determined and ending on the day before the third anniversary of that Determination Date ("Triennial Calculation"), using the aggregate present value of the Category 3 Synthetic Equity (including all grants made during the 3-year period).

**NOTE**: If the Triennial Calculation is not selected by the Employer then the shares of Category 3 Synthetic Equity will be calculated annually on the Determination Date.

**9b.** Transfers to Prevent a Code § 409(p) Nonallocation Year.

☒ If necessary to prevent a Nonallocation Year as described in Section 5.10, the Plan Administrator will transfer the minimum number of shares of Employer Stock from the ESOP Accounts of Disqualified Persons ("DP") to non-ESOP accounts of those persons DP owning 49% percent (must be at least 40 but less than 50) of the sum of the outstanding shares of stock in the S corporation (including Deemed-Owned Shares) and the Synthetic Equity Shares owned by DPs.

**10a.** Voting Rights – Participant shall be given voting rights

☒ with respect to issues described in Section 11.7

☐ with respect to all matters voted on by Shareholders under state law.

**10b.** Trustee shall vote the shares held by the Plan in the proportion determined in

☒ Section 11.7;

☐ one man, one vote.

## G. TOP HEAVY

### Top Heavy Plans

**1.** Plan to which Top-Heavy allocations are made:

**i.** ☒ This Plan

**ii.** ☐ Pursuant to the terms of another plan

**2.** If **G.1.ii** (another plan) is selected, name of other Plan to which Top-Heavy allocations are made: ________

**3.** If **G.1.i** (This Plan) is selected, type of other plan maintained by the Company that covers employees eligible to participate in this Plan:

**i.** ☐ N/A – No other plan

**ii.** ☒ Defined Contribution

**iii.** ☐ Defined Benefit

### Top Heavy Allocations

**4.** If **G.1.i** (This Plan) is selected, Participants who share in Top-Heavy minimum allocations:

**i.** ☒ Non-Key only. Any Participant who is employed by the Employer on the last day of the Plan Year and is not a Key Employee.

**ii.** ☐ All Participants. Any Participant who is employed by the Employer on the last day of the Plan Year.

### Top Heavy Vesting

**5.** Top-Heavy vesting schedule shall be the vesting elected in Section 6.1 provided it meets or is not more restrictive than one of the following:

☐ 100% ☒ 2-6 Year Graded ☐ 3 Year Cliff

**Present Value Assumptions – Only applies if G.1.(ii) is elected and the other Plan is a defined benefit plan.**
☒ N/A

**6a.** Enter the interest rate to be used for determining Present Value to compute the top-heavy ratio: ___%
**6b.** Enter the mortality table to be used for determining Present Value to compute the top-heavy ratio: _______

**NOTE:** The Plan Sponsor should add an Addendum to the Adoption Agreement to add any language that is necessary to satisfy Code sections 415 and 416.

**H. CONTRIBUTION FROM 401(K) PLAN**

Following the provisions of Article 4A of the Basic Plan, an Adopting Employer may elect to deposit 401(k) plan matching contributions and/or employer nonelective contribution to this ESOP by completing the following.

**1.** Name of 401(k) plan: ______________________________________________________________
**1a.** Plan Year of the 401(k) plan: ________________________________________________________

**NOTE:** If this ESOP and this 401(k) plan do not have the same plan year, this provision cannot be elected.

**2.** Safe-harbor Contributions
**2a.** ☐ Safe-harbor Match
☐ Safe harbor 3% nonelective contribution

**3.** Safe-harbor Match
**3a.** Eligibility – a participant meeting the requirements of the 401(k) plan to receive the safe harbor matching contribution must receive such contributions even if such participant is not eligible to participate in or receive a contribution under this ESOP.

Insert requirements for an allocation here: ______________________________________________

**3b.** Vesting – Safe harbor matching contributions must be 100% vested when allocated to Participants' accounts.
**3c.** Safe harbor Matching Formula as provided under the 410(k) plan:
☐ basic
☐ enhanced

Insert matching formulas here ________________________________________________________

**4.** Safe harbor nonelective contributions items
**4a.** Eligibility – a participant in the 401(k) plan must receive a safe harbor nonelective contribution if he or she is a participant in the 401(k) plan regardless of whether he or she makes elective deferrals greater than zero and regardless of whether such participant is a participant in the ESOP or is eligible for a contribution under ESOP. Insert the eligibility requirements to participate in the 401(k) plan here: _________________
**4b.** Vesting – Safe harbor nonelective contributions must be 100% vested when allocated to Participants' accounts.
**5.** Non-Safe Harbor Matching Contributions
**5a.** Eligibility – participant meeting the requirements of the 401(k) plan to receive the matching contribution must receive such contribution even if such participant is not eligible to participate in or receive a contribution under this ESOP. Insert requirement for a matching contribution here: ___________________

**5b.** Vesting – vesting in the non-safe harbor matching contribution must be in accordance with the 401(k) plan. Insert the 401(k) plan vesting schedule here:

________________________________________
________________________________________
________________________________________
________________________________________

**5c.** Formula – the formula elected under the 401(k) plan apply to non-safe harbor matching contributions. Insert non-safe harbor matching contributions formula from the 401(k) Plan here: ____________________

## I. MISCELLANEOUS

Failure to properly fill out the Adoption Agreement may result in disqualification of the Plan.

The Plan shall consist of this Adoption Agreement, its related Basic Plan Document and any related Appendix.

## J. EXECUTION PAGE

**Non-standardized, Non-mass Submitter Document Sponsor**

Name of Document Sponsor: Stevens & Lee

Address: 555 City Avenue, Suite 910, Bala Cynwyd, PA 19004

Telephone: (610) 478-2000

**Plan Administrator**

☒ Check here and provide the applicable information below if someone other than the Adopting Employer will be the Plan Administrator.

Name of Plan Administrator: Patrick Sook

Address: 103 Foulk Road, Suite 202

City: Wilmington State: DE Zip: 19803

Telephone: 302-652-0266

Name (*type or print*): Patrick Sook

Signatures of Plan Administrator ____________________ Date Signed 12/29/2021

Check the applicable box if there is an attachment(s) that applies to this Plan other than a separate trust or custodial agreement.

☐ Protected Benefits and Prior Plan Document Provisions Attachment.

☐ Other Plan Information Attachment. *(If this box is checked, please describe the attachment(s))*

________________________________________

☐ Special Effective Date(s) Attachment.

**Authorized Employer Signature**
**I am an authorized representative of the Adopting Employer named above and I state the following:**

1. **I acknowledge that I have relied upon my own advisors regarding the completion of this Adoption Agreement and the legal tax implications of adopting this Plan;**
2. **I understand that I should review this document carefully for accuracy and completeness as I have final responsibility for ensuring that the operational compliance requirements for the Plan are met; I understand that my failure to properly complete this Adoption Agreement may result in disqualification of the Plan;**

3. **I understand that the Document Sponsor will inform me of any amendments made to the Plan and will notify me should it discontinue or abandon the Plan; and**

4. **I have received a copy of this Adoption Agreement and the corresponding Basic Plan Document.**

Signature of Adopting Employer ______________________ Date Signed 12/29/2021

Type Name Patrick Sook Title Chief Financial Officer

**NOTE**: *The Adopting Employer may rely on an opinion letter issued by the Internal Revenue Service as evidence that the Plan is qualified under Code section 401 only to the extent provided in Revenue Procedure 2017-41. The Employer may not rely on the opinion letter in certain other circumstances or with respect to certain qualification requirements, which are specified in the opinion letter issued with respect to the Plan and in Revenue Procedure 2017-41. In order to have reliance in such circumstances or with respect to such qualification requirements, application for a determination letter must be made to Employee Plans Determinations of the Internal Revenue Service. This Adoption Agreement may be used only in conjunction with Basic Plan Document #01.*

The undersigned agree to be bound by the terms of this Adoption Agreement and Basic Plan Document and acknowledge receipt of same. The parties have caused this Plan to be executed this 29th day of December, 20 21.

______________________

Signature: ______________________

Print Name: Patrick Sook

Title/Position: Chief Financial Officer

**APPENDIX A**
**SPECIAL RETROACTIVE OR PROSPECTIVE EFFECTIVE DATES**

J. SPECIAL EFFECTIVE DATES (2.25). The Employer elects or does not elect Appendix A special Effective Date(s) as follows. *(Choose (a) or one or more of (b) through (j) as applicable.)*:

*[Note: If the Employer elects J(a), do not complete the balance of this Election J.]*

(a) ☒ **Not applicable**. The Employer does not elect any Appendix A special Effective Dates.

*[Note: The Employer may use this Appendix A to specify* an Effective Date for one or more Adoption Agreement elections which does not correspond to the Plan's new Plan or Restated Plan Effective Date under Election A.3. As to Restated Plans, for periods prior to: (i) the below-specified special Effective Date(s); or (ii) the Restated Plan's general Effective Date under Election A.3., as applicable, the Plan terms in effect prior to its restatement under this Adoption Agreement control for purposes of the designated provisions.]*

(b) ☐ **Excluded Employees (2.29(D))**. The Excluded Employee provisions under Election(s) B.1-.5 ___ are effective: ____________________.

(c) ☐ **Compensation (2.17)**. The Compensation definition under Election(s) A.8-9g. *(specify A.8-9) as applicable)* are effective: ____________________.

(d) ☐ **Hour of Service Crediting (2.39)**. The Hour of Service crediting provisions under Election(s) A.7.b *(specify as applicable)* are effective: ____________________.

(e) ☐ **Eligibility (3.1)**. The eligibility provisions under Election(s) B *(specify 6.a.-9.b. as applicable)* are effective: ____________________.

(f) ☐ **Nonelective Contributions (2.45)**. The Nonelective Contribution provisions under Election(s) *(specify B.10-12.c. as applicable)* are effective: ____________________.

(g) ☐ **Allocation conditions (3.4)**. The allocation conditions under Election(s) ___ *(specify C.1-.4 as applicable)* are effective: ____________________.

(h) ☐ **Vesting (6.1)**. The vesting provisions under Election(s) ___ *(specify D.1.-10. as applicable)* are effective: ____________________.

(i) ☐ **Distributions (Article Seven)**. The distribution elections under Election(s) E I, E II, E III *(specify as applicable)* are effective: ____________________.

(j) ☐ **Special Effective Date(s) for other elections** *(specify elections and dates)*: ____________________.