# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LANCE MILLER and LARRY RICHARDSON, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEIL BROZEN, ASBURY CARBONS, INC., PATRICK SOOK and ASBURY CARBONS, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Defendants. | Civ. Action No. 3:23-cv-02540-PGS-DEA |

**DECLARATION OF PATRICK J. SOOK IN SUPPORT OF ASBURY DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

# DECLARATION OF PATRICK SOOK

Pursuant to 28 U.S.C. § 1746, I, Patrick J. Sook, declare that the factual statements set forth below are true and correct to the best of my knowledge, information, and belief, and are based on my personal knowledge and my review of relevant documents maintained by or on behalf of Asbury Carbons, Inc., and/or its affiliates ("Asbury" or the "Company") in the ordinary course of business:

1. I am the Chief Financial Officer of Asbury, a position I have held since July 2021. Before my current position, I was Asbury's Corporate Controller. I was also the designated Plan Administrator of the Asbury Carbons, Inc. Employee Stock Ownership Plan (the "Plan") between December 8, 2021, and the time of the Plan's termination on March 24, 2023. I am a named Defendant in this lawsuit, and I submit this declaration in support of the Asbury Defendants' Motion to Dismiss the Complaint under Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

2. Until its sale in March 2023, Asbury was majority owned by the Riddle family. During the relevant period, the Riddle family owned 80.3 percent of outstanding Asbury common stock. The remaining 19.7 percent of Asbury stock was held by the Plan.

3. In the summer of 2021, Asbury decided to explore a potential sale of the Company. The sale would include all Asbury common stock—both the stock held by the Riddles and the stock held by the Plan. The value of Asbury stock would

be determined based on, among other things, the assets held by Asbury at the time. This included any cash held by Asbury.

4. On March 24, 2023, Mill Rock Capital acquired Asbury and all outstanding Asbury common stock (the "Mill Rock Transaction").

5. As part of the Mill Rock Transaction, Mill Rock purchased the Plan's Asbury stock. The cash proceeds from the sale of the Plan's Asbury stock holdings totaled $18,371,347, or $1,888.50 per share, for Plan participants.

6. Plan participants received a distribution form on June 12, 2023. Upon completing and returning the form, participants receive their individual share of 75% of the proceeds. They will receive a second distribution (the remaining 25%) on the later of (i) the date on which the Internal Revenue Service issues a favorable determination letter regarding the continued tax qualification of the Plan, or (ii) by the end of 2025.

7. In addition to the $18,371,347 cash proceeds, Plan participants received additional compensation related to the Mill Rock Transaction directly from Asbury. This additional compensation totaled $1,143 per share, and came in the form of two special dividends by which Asbury distributed to shareholders surplus cash held by the Company.

8. By the end of 2021, Asbury had surplus cash amounting to over $76.3 million. Asbury decided to issue dividends for the specific purpose of distributing a

material amount of the surplus cash to shareholders and thereby decreasing Asbury's cash on hand before its purchase by Mill Rock Capital. Had Asbury not used its surplus cash to issue dividends to Asbury shareholders, that cash would have remained an asset of Asbury and the Company's buyer would have paid a higher price to purchase Asbury reflecting those additional cash assets.

9. Instead of Mill Rock Capital purchasing the excess cash for a higher purchase price (which would have required it to secure additional financing to pay the higher purchase price), Asbury distributed a material amount of the surplus cash directly to shareholders (including Plan participants) in the form of two special dividends. Had the Company not done so, Asbury shareholders (including Plan participants) would have received equivalent amounts related to their Asbury shares as part of the cash proceeds from the Mill Rock Transaction.

10. On December 17, 2021, the Asbury Board of Directors declared a dividend to Asbury shareholders in the amount of $900 per share. This was the first time in Asbury's history that a dividend was to be paid to Asbury shareholders. On December 22, 2021, the ESOP received $9,395,100 in payment of the special dividend, amounting to $900 per share. The $900 per-share dividend was disclosed in a letter to Plan participants from me dated April 14, 2022. A true and correct copy of the April 14, 2022, letter, which is maintained by Asbury in the normal course of

business, is attached hereto as Exhibit A. The dividends were distributed to Plan participants in May and June 2022.

11. On March 10, 2023, Asbury declared a second dividend of $243 per share. This dividend was disclosed to participants in a letter from the Plan's trustee and special fiduciary, Neil Brozen, dated March 29, 2023. The dividend was distributed to shareholders in June 2023. A true and correct copy of the March 29, 2023, letter, which is maintained by Asbury in the normal course of business, is attached hereto as Exhibit B.

12. Together, the two dividends totaled $1,143 per share. All told, Plan participants will receive at least $3,031 per share ($1,888.50 + $1,143 = $3,031.50) for their Asbury stock as a result of the Mill Rock Transaction.

13. In addition to $3,031 per share in cash proceeds and dividends, Plan participants also may receive funds currently held in three escrow accounts to be released following certain defined holding periods related to the closing of the Mill Rock Transaction. These escrow funds totaled more than $2.89 million as of March 29, 2023. The escrow funds were disclosed to participants in the letter from Mr. Brozen dated March 29, 2023 (Exhibit B hereto).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 26 day of July 2023 at Asbury, New Jersey.

Patrick J. Sook