# EXHIBIT A

ASBURY CARBONS

Asbury Carbons | 405 Old Main Street |P.O. Box 144| Asbury, NJ 08802
Phone: +1 908.537.2155 | Fax: +1 908.537.2908 | Email: info@asbury.com

**An ISO 9001:2015 Company**

April 14, 2022

Dear Retirement Plan Participants,

As you may be aware, the issuance of Asbury Carbons, Inc. retirement plan statements (including ESOP statements) for the Company's fiscal year ended June 30, 2021 have been delayed. I am writing to let you know the reason for the delay, and to give all retirement plan Participants an update on when they can expect their retirement plan statements.

The shares of Asbury stock held in the ESOP were previously valued at $2,390 per share as of June 30, 2020 and $3,747 per share as of June 30, 2021. Since then, the Company's performance has been strong, which will be reflected in your next ESOP statement. In addition, on December 22, 2021, the Company paid a material dividend of $900 per share to all shareholders, including the ESOP.

The Plan Administrator – with the support of the Board of Directors and the ESOP Trustee – determined that an updated valuation to reflect the value of the shares of Asbury stock held in the ESOP as of December 31, 2021 was needed. That updated valuation is in process now and is expected to be completed in about 3 weeks. Your ESOP statement will include *both* the value of the stock and the cash in your account as a result of the dividend as of December 31, 2021.

We expect to provide statements for all retirement plans, including the ESOP, no later than May 31, 2022. We appreciate your patience and look forward to sharing this information with you.

Sincerely,

Patrick J. Sook
Plan Administrator of the
Asbury Carbons, Inc. Employee Stock Ownership Plan
and
Chief Financial Officer
Asbury Carbons, Inc.