# EXHIBIT B

**Neil M. Brozen, Trustee of the**
**Asbury Carbons, Inc. Employee Stock Ownership Plan and Trust**
**719 W. Minnehaha Parkway**
**Minneapolis, MN 55419**

March 29, 2023

Dear Participant,

Asbury Carbons, Inc. (Company) was acquired by an affiliated entity of Mill Rock Capital (Mill Rock) on March 24, 2023 (Closing Date). Mill Rock is a Delaware-based private equity firm that owns other companies, including chemical and metal materials, packaging, transportation and logistics companies. You will have the opportunity to speak with Company leadership on this topic in various formats in the next few weeks. This letter is designed to provide you with additional information on the transaction, the timing and amount of your distributions as well as other information.

The ESOP owned approximately 19.709% of the company (or 9,728 shares of the Company). The share of the cash proceeds from the sale to the ESOP totaled exactly $18,371,347.01. In addition to the cash at closing, the ESOP might receive additional dollars after the closing reflecting net amounts of certain assets and liabilities currently unknown (Additional Proceeds).

Since the ESOP was terminated as of the date of the sale, all participants became 100% vested as of the date of the sale regardless of length of service.

**Escrow Accounts**

The Additional Proceeds include funds now being held at Wilmington Trust, National Association (Wilmington Trust) to cover potential liabilities. These funds will be held in "escrow" accounts. The ESOP's potential share of these escrows (if the entire escrows get released) is approximately $1,148,049.25 (this amount does not include the special ESOP escrow which is discussed later).

The dollars held by Wilmington Trust in escrow are comprised of the following: (1) a Shareholder Representative Fund which is an escrow account to be used to pay additional fees and expenses related to winding up the ESOP; and (2) a Working Capital Escrow which is an escrow account which is available to compensate either the Sellers (the Riddle family and the ESOP) or Buyer (Mill Rock) for expenses relating to company operations that existed at the time of the Closing Date. The holding period for the Working Capital Escrow will be likely less than 6 months from the Closing Date. The holding period for the Shareholder Representative Fund is based on the reasonable discretion of the Seller Representative (Stephen Riddle) and will likely continue until some time in 2025.

In addition to the two escrow funds mentioned above, the ESOP also entered into a Side Letter Agreement with the non-ESOP sellers in which up to $1.75 million dollars will be used to fund a special escrow (ESOP Escrow). This special ESOP Escrow is being held by the law firm of Goodman Breen. The purpose of this ESOP Escrow is to pay for certain liabilities incurred by

certain Sellers under the sale agreement. The termination date of the ESOP Escrow is thirty (30) days after the later of (a) January 31, 2025, or (b) the receipt of a favorable IRS determination letter (DL). Once the ESOP Escrow is terminated, the ESOP will receive all remaining amounts (if any) then held by the ESOP Escrow. Again, the max amount of this special ESOP escrow is $1.75 million.

You will receive your pro-rata share of Additional Proceeds, if any, including any money remaining in these Escrow Funds, when the ESOP makes its final distribution to participants. We do not know if there will be any money remaining.

**Management of ESOP assets**

All of the proceeds resulting from the sale, net of escrows, are in a fully insured interest-bearing account with Pacific Premier Bank. The ESOP Trustee is the only signer on the account. All income earned will be credited to your accounts.

The ESOP is responsible for paying expenses such as preparation of participant statements, plan audits, asset management fees, and professional fees relating to plan termination, as allowed by the US Department of Labor. Many of these costs will be paid by the Shareholder Representative Fund.

**Participant Statements**

Conrad Siegel, the ESOP's third-party administrator, is responsible for preparing participant statements that include the sale proceeds, dividends paid, and interest earned since the closing date and any allocations resulting from the distribution of the Escrows.

**Distributions from the ESOP**

We anticipate that you will receive your account balance in two distributions. The first distribution will be equal to 75% of your updated account balance which will include your pro-rata share of the net cash proceeds paid at closing (i.e. your share of 75% of the $18,371,347.01 in sale proceeds which equals your share of $13,778,510).

You should receive your distribution paperwork by the end of May 2023 with distribution processing starting after receipt of paperwork in good order. You will be able to make your distribution election (where you want your money to go) on a secure website. If you want assistance in completing your election, an (800) customer service number will also be available.

The second round of distributions will likely occur the later of (i) the receipt of a favorable DL; and (ii) by the end of 2025 year. Attorneys for the Company will prepare and submit a DL request form to the IRS within 90 days of closing to ensure that the terms and operations of the plan meet the requirements of the Internal Revenue Code. This IRS approval process can take 12 months or more after the DL is filed.

The second round of distributions may include the ESOP's pro rata share of the Additional Proceeds. The amount, if any, of Additional Proceeds is unknown at this time.

**Dividend**

Shortly before the Closing Date, the Company declared and paid a large dividend to all Sellers, including the ESOP. The amount of this dividend that was paid to the ESOP was $2,363,904. All participants of the Asbury Carbon's ESOP who held shares in the ESOP as of June 30, 2022 will be receiving a separate notification as to their share of the dividend that will be paid to those participants within 90 days of the Closing Date. You will receive further information on how to receive your portion of this dividend within 90 days.

**Wealth Advisor**

We would be pleased to introduce you to a wealth advisor knowledgeable about ESOPs to assist you with managing these payments from the ESOP.

**Change of Address or Beneficiary**

It is important that you keep Theresa Patrick, Corporate HR Manager (tmpatrick@asbury.com)updated with any address or beneficiary changes so there is no unnecessary delay when distributions occur.

**Questions**

Questions relate to ESOP matters should be referred to Patrick Sook pjsook@asbury.com (VP of Finance) or Noah Nichelson nnichelson@asbury.com (President).

Best Regards,

Neil M. Fazio

Trustee