**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LANCE MILLER and LARRY RICHARDSON, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEIL BROZEN, ASBURY CARBONS, INC., PATRICK SOOK and ASBURY CARBONS, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Defendants. | Civil Action No.: 3:23-cv-02540-PGS-DEA<br><br>**DECLARATION OF SETH LESSER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFFS' MOTION TO STRIKE** |

SETH R. LESSER, an attorney admitted to the bar of this Court, declares, under penalty of perjury that:

1. I am a partner in Klafter Lesser LLP, and counsel for named Plaintiffs Lance Miller and Larry Richardson (collectively "Plaintiffs").

2. I am fully familiar with the facts and circumstances set forth herein, and I make this Declaration in support of Plaintiffs' Oppositions to the Administrator Defendants and Defendant Brozen's respective Motions to Dismiss the Complaint, and in support of Plaintiffs' Motion to Strike certain exhibits submitted in support of Defendants' motions to dismiss.

3. Attached as Exhibit A is a true and correct copy of the Department Of Labor's Complaint in *Walsh v. Robert Peterson, Vasilia Peterson, Paul Generale, Neil Brozen and others*, which is currently pending in the Northern District of Texas as Civil Action No. 3:22-CV-01869-E.

4. Attached as Exhibit B is a true and correct copy of the Department of Labor's press release regarding its Settlement Agreement with GreatBanc Trust Co.

5. Attached as Exhibit C is a true and correct copy of the Department Of Labor's Settlement Agreement with GreatBanc Trust Co.

6. Attached as Exhibit D is a true and correct copy of the Asbury Carbons, Inc.'s May 2022 Summary Plan Document.

7. Attached as Exhibit E is a true and correct copy of the Declaration submitted by the Defendants in *Pietrangelo v. NUI Corp*., 2005 U.S. Dist. LEXIS 40832 (D.N.J. July 20, 2005) in support of their motion to dismiss.

As provided under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 28, 2023

Respectfully submitted,

s/ Seth Lesser
Seth R. Lesser
Jeffrey A. Klafter (*Admitted PHV*)
KLAFTER LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573

seth@klafterlesser.com
jak@klafterlesser.com

Michael A. Galpern
Javerbaum Wurgaft Hicks Kahn
Wikstrom and Sinins, P.C.
1000 Haddonfield-Berlin Road,
Suite 203
Voorhees, NJ 08043

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 28, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to all counsel of record.

/s/ *Seth R, Lesser*
Seth R. Lesser